20 A.3d 1191

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Jeanette GARCIA, Respondent.**

Supreme Court of Pennsylvania.

May 25, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of May 2011, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by Petitioner, are:

a. Whether the Pennsylvania Superior Court erred [by] denying the Commonwealth's motion to dismiss the appeal of respondent for lack of jurisdiction, since the appeal involved a judgment of sentence issued by a Magisterial District Judge, and there was no order of Common Pleas entered?

b. Whether a Defendant who seeks to change a plea of guilty previously entered before a Magisterial District Judge must do so within ten days afforded by rule, or be precluded from challenging the entry of the plea?